# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 04/16/2021  
Time: 01:03 p.m. – 02:15 p.m. (01:12)

Case #: 1:19-cr-00099-TSE-1  
Interpreter/Lang: N/A

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**  
    v.  
**CHRISTOPHER WARREN LAPP**

Deft appeared: [ X ] in person    [ ] failed to appear  
               [ X ] with Counsel    [ ] without Counsel  
               [ ] through Counsel

| JOSEPH FLOOD | MAUREEN CAIN |
|---|---|
| **Counsel for Defendant** | **Counsel for Government** |

**Matter called for:**  
[ ] Pre-Indictment Plea      [ X ] Change of Plea      [ ] Plea Agreement

**Filed in open court:**  
[ ] Information     [ X ] Plea Agreement   [ X ] Statement of Facts     [ ] Waiver of Indictment

**Arraignment & Plea:**  
[ ] WFA     [ ] FA     [ ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) 1, 2, and 3 of the    [ X ] Indictment    [ ] Information

[ X ] Plea accepted by the Court.

[ ] Deft waived right to PSI and consent to proceed with sentencing.

[ X ] Motion for Dismissing Count(s) 4 by [ X ] US or [ ] Deft

[ X ] Order entered in open court        [ ] Order to follow

[ X ] Deft directed to USPO for PSI    [ X ] Yes      [ ] No

[ X ] Case continued to: **FRIDAY, OCTOBER 8, 2021** at **09:00 A.M.** for:

    [ ] Jury Trial     [ ] Bench Trial    [ ] Pre-Guidelines Sentencing    [ X ] Guidelines Sentencing

[ X ] Deft remanded    [ ] Deft Released on Bond   [ ] Deft Continued on same bond conditions

\#    Cancel previously scheduled Jury Trial set for: Tuesday, September 14, 2021 at 10:00 a.m.