IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:19-CR-99-TSE |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER WARREN LAPP, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR DISMISSAL OF COUNT FOUR**

Pursuant to the plea agreement with Defendant Christopher Warren Lapp, the United States hereby moves this Honorable Court to dismiss Count Four of the pending indictment.

Respectfully submitted,

Raj Parekh
UNITED STATES ATTORNEY

*/s/ Maureen Cain*

Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3892
Email: Maureen.Cain@usdoj.gov