UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:19-cr-99-TSE |
| CHRISTOPHER WARREN LAPP, | ) |
| | ) |
| Defendant. | ) |

**NOTICE**

PLEASE TAKE NOTICE that following entry of this Court's Sealed Order dated April 16, 2021 (Doc. 143), undersigned counsel was in contact with staff at the Federal Medical Center, Butner ("Butner"), including Genna D. Petre, Senior Attorney for the Butner Legal Center. Ms. Petre has advised Butner will not receive Dr. Lapp for additional pretrial treatment absent a finding of incompetence or an order directing a statutorily recognized evaluation, as Butner is not a pretrial facility and accepts inmates for the express purpose of conducting court-ordered evaluations. If the Court requires additional information, Ms. Petre is available for consultation at (919) 575-3900, ext. 6076.

        Respectfully submitted,
        Christopher Warren Lapp
        By Counsel

/s/ Joseph T. Flood
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA  22030
(703) 691-8410
(703) 251-0757 (fax)
jflood@sfhdefense.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice was filed by CM/ECF on this the 23rd day of April, 2021, which will then send a notification to counsel of record.

*/s/* Joseph T. Flood
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA 22030
(703) 691-8410
(703) 251-0757 (fax)
jflood@sfhdefense.com
