UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) |
| CHRISTOPHER WARREN LAPP, | ) Case No. 1:19-cr-99-TSE ) |
| Defendant. | ) ) ) |

## ORDER

Upon the unopposed Motion of the Defendant, now deceased, by counsel, to dismiss and abate the indictments and all proceedings in this criminal prosecution, it is hereby

ORDERED that Indictment and all proceedings in this matter are void *ab initio* and therefore abated and dismissed.

_____
HONORABLE T.S. ELLIS III
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
Date: 5/19/21