IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:19-CR-99-TSE |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER WARREN LAPP, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION SEEKING CLARIFICATION REGARDING THE USE OF TELEPHONIC MEANS FOR UPCOMING SHOW CAUSE HEARING**

The United States of America, by and through its undersigned attorneys, hereby seeks clarification regarding the potential use of telephonic means for an upcoming Show Cause Hearing and provides as follows:

1. On June 3, 2021, this Honorable Court issued an under seal order directing Bureau of Prisons/FCI Butner and the Alexandria Adult Detention Center to show cause on an issue addressed in this Court's under seal order.

2. Some of the individuals tied to the entities above are located out of state. The undersigned has received inquiries on whether the physical presence of individuals from the above entities is required or if this Honorable Court would be amenable to addressing the issues through telephonic means in court.

3. Obtaining such clarification on the requirement of physical presence or the use of telephonic means to address the issues will assist the above-entities in planning.

1

2

Respectfully submitted,

Raj Perekh
Acting United States Attorney

*/s/ Maureen Cain*
By: Maureen C. Cain
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

*/s/Maureen C. Cain*
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314-5794
Phone: (703) 299-3892
Fax: (703) 299-3980
Email: Maureen.Cain@usdoj.gov