# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHRISTOPHER WARREN LAPP<br>*Defendant* | )<br>)<br>) Case No. Criminal No. 1:19-CR-99<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the City of Alexandria, a municipal corporation of Virginia, and its Dept. of Community & Human Services.

Date:   06/23/2021

*George McAndrews* (signature)
*Attorney's signature*

George McAndrews, VSB No. 23618
*Printed name and bar number*

Office of the City Attorney
301 King Street, Suite 1300
Alexandria, Virginia 22314
*Address*

george.mcandrews@alexandriava.gov
*E-mail address*

(703) 746-3750
*Telephone number*

(703) 838-4810
*FAX number*