## ** UNITED STATES DISTRICT COURT CRIMINAL MINUTES **

Date: 06/25/2021

Before the Honorable: **T.S. ELLIS, III**

Time: 01:30 p.m. – 02:22 p.m. (00:52)

Case No.: 1:19-cr-00099-TSE-1

Official Court Reporter: Rebecca Stonestreet

Courtroom Deputy: Tanya Randall

# UNITED STATES OF AMERICA

v.

# CHRISTOPHER WARREN LAPP

| Counsel for Government<br>Maureen Cain<br>Morris Parker | Counsel for Defendant<br>Joseph Flood<br><br>Other<br>Alexander Francuzenko, Counsel for Alexandria Sheriff Dana Lawhorne<br>George McAndrews, Counsel for City of Alexandria and Dept of Community & Human Services<br>Genna Petre, Counsel for Bureau of Prisons in Butner (via phone) |
|---|---|

Appearances of Counsel for ( X ) Govt    ( X ) Deft

**Re:    SHOW CAUSE HEARING**

- Court heard from Dr. Dean Inouye  -Alexandria Detention Center

Argued and:

[  ] Granted   [  ]  Denied           [  ]  Granted in part/Denied in part

[  ] Taken Under Advisement        [  ]   Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow