UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cr-99 |
| ) | |
| CHRISTOPHER WARREN LAPP, ) | |
| ) | |
| Defendant. ) | |

UNOPPOSED MOTION FOR ACCESS TO
REDACTED RECORD AND WAIVER OF HEARING

Lisa Lapp, duly appointed administrator of the estate of the late Christopher Lapp (*see* attached letter of appointment), by counsel, moves for an order granting her access to the complete, unredacted record in this case. The undersigned counsel for Ms. Lapp is authorized to represent that former counsel for Mr. Lapp does not oppose this request, and that counsel for the United States advises that the United States does not take a position on this request. In addition, the undersigned counsel, having inquired of all other counsel attending the June 25, 2021 hearing in this case, represents that counsel for the Alexandria Sheriff and counsel for the City of Alexandria do not oppose this motion, and that counsel for the Bureau of Prisons advises that the Bureau "has nothing to do with your request for these records, as they are not Bureau of Prison records."

Ms. Lapp needs access to the complete file in this case in order to assess possible legal claims arising out of the death of Christopher Lapp by reason of the circumstances set forth at the hearing of June 25, 2021. The unredacted transcript of that hearing, as well as unredacted versions of numerous other filings of record in this case, are needed for an appropriate assessment to be made of possible legal claims arising out of Mr. Lapp's demise.

No interested party having noted an objection to the relief sought, Ms. Lapp waives a hearing on her motion and requests its adjudication on the papers.

                                      Respectfully submitted,

                                      LISA LAPP, Administrator of the Estate
                                        of Christopher Warren Lapp,

                                      By counsel

Dated:   July 23, 2021

Counsel for Lisa Lapp, Administrator of
  the Estate of Christopher Warren Lapp:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Nickera S. Rodriguez, #95952
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com
nsr@robinhoodesq.com

LappLisa\Pleadings\2021-0723MAccessRedactedRecord

<u>Certificate of Service</u>

   I, Victor M. Glasberg, hereby certify that on this 23rd day of July 2021, I electronically filed the foregoing Unopposed Motion for Access to Redacted Record and Waiver of Hearing with the clerk of the court.

                  //s// Victor M. Glasberg
                  Victor M. Glasberg, #16184
                  Victor M. Glasberg & Associates
                  121 S. Columbus Street
                  Alexandria, VA  22314
                  703.684.1100 / Fax: 703.684.1104
                  vmg@robinhoodesq.com

                  Counsel for Lisa Lapp,
                  Administrator of the Estate
                   of Christopher Warren Lapp