IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-cr-99 |
| | ) | |
| | ) | |
| CHRISTOPHER WARREN LAPP | ) | |

## ORDER

This matter comes before the Court on the unopposed motion for access to the redacted record filed by counsel for Lisa Lapp, the administrator for the estate of Christopher Lapp. Former counsel for Mr. Lapp does not object to the request and the United States does not take a position on the request. Counsel for Ms. Lapp also consulted counsel for the Alexandria Sheriff and counsel for the City of Alexandria and neither objects to the motion.

Accordingly,

It is hereby **ORDERED** that the unopposed motion for access to redacted record (Dkt. 155) is **GRANTED**.

It is further **ORDERED** that counsel for Ms. Lapp, attorney Victor M. Glasberg of Victor M. Glasberg and Associates, are permitted to access any sealed filings in this case.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to Mr. Glasberg.

Alexandria, VA
July 26, 2021

/s/
T. S. Ellis, III
United States District Judge