IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:19-CR-99-TSE |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER WARREN LAPP, | ) | |
| | ) | |
| Defendant. | ) | |

## SEALING ORDER

This matter having come before the Court on the United States' Motion to Seal pursuant to Local Criminal Rule 49(E) and for good cause shown, the Court finds:

1. The United States seeks to seal the document identified as Exhibit A which contains medical records of Christopher W. Lapp.

2. Sealing of this document is necessary in order to safeguard the privacy of the defendant.

3. The United States requests that the records be sealed permanently or until unsealed by order of the Court.

4. The Court has considered procedures other than sealing, but none will suffice to protect the information subject to sealing.

For the foregoing reasons it is hereby:

ORDERED that the United States' Motion to Seal is granted, and it is

FURTHER ORDERED that the listed document shall be maintained under seal until unsealed by order of the Court, and it is

FURTHER ORDERED that the Clerk provide a copy of this Order to counsel of record.

HONORABLE T.S. ELLIS III
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
Date: 8/10/21