UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19-cr-99 |
| CHRISTOPHER WARREN LAPP, | ) ) ) |
| Defendant. | ) |

ORDER

On consideration of the unopposed motion of Lisa Lapp, duly appointed administrator of the estate of the late Christopher Lapp, by counsel, for an order expressly granting her counsel leave to share sealed records on a confidential and need-to-know basis with third parties, and it appearing just and proper to do so, it is hereby

ORDERED that counsel for Lisa Lapp may share sealed records from this case, on an as-needed and confidential basis, with his client, with forensic experts whose assessments will be sought as part of counsel's evaluation of the case, with personnel at or representing Butner FCI, the Marshals Service, the Alexandria Adult Detention Center ("ADC")and the Alexandria Community Services Board, and such other persons and entities as counsel believes need to see them in aid of the proper litigation or non-litigious resolution of possible civil claims arising out of the death of Dr. Lapp.

Alexandria Virginia
Dated:  September 17, 2021

_____
United States District Judge